# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                  :      **CHAPTER 7**
**EUREKA RESOURCES, LLC**               :
    Debtor                  :      **CASE NO. 1:26-bk-02148**
                                       :
                                       :
                                       :

## APPLICATION BY TRUSTEE TO AUTHORIZE KARA K. GENDRON AND THE LAW FIRM OF MOTT & GENDRON LAW AS ATTORNEY FOR TRUSTEE

Kara Gendron, Chapter 7 Trustee in the above-captioned case, respectfully submits this Application seeking authorization to employ counsel and states as follows:

1. The Trustee was duly appointed to serve in this case.

2. The Trustee seeks authorization to employ Kara Gendron, Esquire, and the law firm of Mott & Gendron Law as counsel for the Trustee pursuant to 11 U.S.C. §§ 327(a) and 327(d) and Rule 2014 of the Federal Rules of Bankruptcy Procedure.

3. Section 327(d) of the Bankruptcy Code permits the Court to authorize the Trustee to act as attorney for the estate if such employment is in the best interests of the estate.

4. The Trustee believes that authorizing the Trustee to act as counsel for the estate is in the best interests of the estate because it will promote efficiency, avoid duplication of effort, and reduce administrative expenses.

5. It is necessary for the Trustee to employ counsel in connection with this case in order to perform legal services for the estate, including but not limited to:

    (a) investigation and recovery of assets of the estate;
    (b) investigation and prosecution of avoidance actions, including preferences and fraudulent transfers;
    (c) documentation and approval of sales of estate assets;
    (d) review and resolution of claims and liens;
    (e) representation of the Trustee in contested matters, adversary proceedings, appeals, and other proceedings before the Bankruptcy Court;
    (f) coordinating with governmental agencies and any professionals retained by the estate, as necessary;
    (g) review, negotiation, and documentation of settlements and compromises pursuant to Rule 9019; and
    (h) performing such other legal services as may be necessary to properly administer the estate.

6. To the best of the Trustee's knowledge, Kara Gendron, Esquire, and the law firm of Mott & Gendron Law are disinterested persons as defined in 11 U.S.C. §101(14), do not hold or represent any interest adverse to the estate, and have no connections with the Debtor, creditors, or other parties in interest, except as disclosed in the accompanying affidavit.

7. The firm's current hourly billing rates are as follows:

Partners: $500.00 to $550.00 per hour
Paraprofessionals: $150.00 per hour

Compensation will be sought pursuant to 11 U.S.C. §330 and Federal Rule of Bankruptcy Procedure 2016 based upon the firm's customary hourly billing rates and reimbursement of reasonable and necessary expenses.

WHEREFORE, the Trustee respectfully requests that this Honorable Court authorize the employment of Kara Gendron, Esquire, and the law firm of Mott & Gendron Law as counsel for the Trustee effective as of the date of this Application and grant such other relief as the Court deems just and appropriate.

Dated: August 3, 2026

Respectfully submitted,

/s/ Kara K. Gendron
Kara K. Gendron, Trustee
MOTT & GENDRON LAW
125 State Street
Harrisburg, PA 17101
http://www.mottgendronlaw.com
T: (717) 232-6650 | F: (717) 232-0477
kara.gendron@mottgendronlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 7
EUREKA RESOURCES, LLC :
    Debtor : CASE NO. 1:26-bk-02148
                    :
                    :

### <u>AFFIDAVIT OF DISINTEREST OF KARA K. GENDRON</u>
### <u>AND THE LAW FIRM OF MOTT & GENDRON LAW</u>

I, Kara Gendron, Esquire, hereby declare as follows:

1. I am the proposed attorney for the Chapter 7 Trustee in the above-captioned case.

2. To the best of my knowledge, neither I nor the law firm of Mott & Gendron Law holds or represents any interest adverse to the estate with respect to the matters upon which we are to be employed.

3. To the best of my knowledge, neither I nor the firm has any connections with the Debtor, creditors, or any other party in interest except as disclosed herein.

4. I believe that I and the law firm of Mott & Gendron Law are disinterested persons as defined by 11 U.S.C. §101(14).

5. Neither I nor the firm holds or represents any interest adverse to the estate, and we are able to provide the legal services requested by the Trustee.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Dated:  August 3, 2026                   Respectfully submitted,

                                     <u>/s/ Kara K. Gendron</u>
                                     Kara K. Gendron, Trustee
                                     MOTT & GENDRON LAW
                                     125 State Street
                                     Harrisburg, PA 17101
                                     http://www.mottgendronlaw.com
                                     T: (717) 232-6650 | F: (717) 232-0477
                                     kara.gendron@mottgendronlaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 7** |
| **EUREKA RESOURCES, LLC** | : | |
| Debtor | : | **CASE NO. 1:26-bk-02148** |
| | : | |
| | : | |
| | : | |

## ORDER APPOINTING KARA K. GENDRON AND THE LAW FIRM OF MOTT & GENDRON LAW AS ATTORNEY FOR THE ESTATE

Upon consideration of the Application of the Chapter 7 Trustee to employ counsel, it is hereby

ORDERED that Kara Gendron, Esquire, and the law firm of Mott & Gendron Law are authorized to serve as attorneys for the Chapter 7 Trustee in this case.

Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is subject to Court approval upon proper application. See In re Engel, 124 F.3d 567 (3d Cir. 1997).

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                   :     **CHAPTER 7**
**EUREKA RESOURCES, LLC**    :
     **Debtor**            :     **CASE NO. 1:26-bk-02148**
                       :
                       :
                       :

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following Filing Users at the following e-mail addresses:

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Jeffrey Morgan Carbino
Counsel for Debtor
Pierson Ferdinand LLP
112 Front Street
Wilmington, DE 19801
302-485-0604
Fax : 610-639-3695
Email: jeffrey.carbino@pierferd.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants at the following addresses:

None

Dated: August 3, 2026

                                      Respectfully submitted,

                                      <u>/s/ Kara K. Gendron</u>
                                      Kara K. Gendron, Trustee
                                      MOTT & GENDRON LAW
                                      125 State Street
                                      Harrisburg, PA 17101
                                      http://www.mottgendronlaw.com
                                      T: (717) 232-6650 | F: (717) 232-0477
                                      kara.gendron@mottgendronlaw.com