United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-02148-MJC
Eureka Resources, LLC Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: AutoDocke 
Date Rcvd: Aug 05, 2026 Form ID: 309C Total Noticed: 246

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eureka Resources, LLC, 1800 Bering Drive, Suite 900, Houston, TX 77057-3170 |
| 5822969 | + | AIG Specialty Insurance Co, 645 West Hamilton Street, Suite 800, Allentown, PA 18101-2197 |
| 5822973 | + | ALS Group USA, Corp, 34 Dogwood Ln, Middletown, PA 17057-3500 |
| 5822975 | + | APCS Advance Professional Cleaning, 311 Lyons Avenue, Williamsport, PA 17701-2320 |
| 5822976 | + | API Heat Transfer, 2777 Walden Ave, Buffalo, NY 14225-4788 |
| 5822977 | + | APR Supply Co., 1560 Joel Dr, Lebanon, PA 17046-8375 |
| 5822979 | + | AST, LLC (Owner Shane Finn), 2134 Sandy Drive, Suite 1, State College, PA 16803-2292 |
| 5822966 | + | Aerotek, Inc., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 5822968 | + | Agua Libre Midstream, 801 Cherry Street Suite 2100, Fort Worth, TX 76102-6821 |
| 5822971 | + | Alfa Laval, Inc., 5400 International Trade Drive, Richmond, VA 23231-2927 |
| 5822972 | + | Allison Crane and Rigging, 2817 Lycoming Creek Rd, Williamsport, PA 17701-1026 |
| 5822974 | + | Analytical West, Inc, 1594 Cumberland St, Suite 148, Lebanon, PA 17042-4532 |
| 5822965 | + | Arcadis CE, Inc., 161 Washington St., Suite 1450, Conshohocken, PA 19428-2083 |
| 5822978 | + | Ascension Industries, Inc., 1254 Erie Avenue, North Tonawanda, NY 14120-3036 |
| 5822980 | + | B&B Oilfield Service, Inc., 8791 State Route 22, New Alexandria, PA 15670-3018 |
| 5822981 | + | Backyard Broadcasting of Pennsylvania, LLC, 4537 Muncy Exchange Rd, Turbotville, PA 17772-9057 |
| 5822982 | + | Barrs Hardware, 511 Market St, Williamsport, PA 17701-5769 |
| 5822983 | + | Bearing and Drive Solutions, PO Box 2947, Henrico, VA 23228 |
| 5822984 | + | Beech Resources, LLC, 77 South Washington Street, Waynesburg, PA 15370-2035 |
| 5822985 | + | Bishop Brothers Construction, 1376 Leisure Drive, Towanda, PA 18848-9271 |
| 5822986 | + | Bishops Fulltime Portables, 23449 Route 220, Ulster, PA 18850-7980 |
| 5822987 | + | Bochner IP, PLLC, 1040 6th Ave, Suite 15B, New York, NY 10018-3767 |
| 5822988 | | Bradford Co Tax Claim Bureau, Bradford Co Courthouse, Towanda, PA 18848 |
| 5822989 | + | Brass Alignment, Inc., 111 Rose St, Williamsport, PA 17701-5758 |
| 5822992 | + | Central Bradford Progress Authority, One Elizabeth St, Suite 3, Towanda, PA 18848-1629 |
| 5822993 | + | Central Contracting, Inc., 64 N Jones St, Lock Haven, PA 17745-1922 |
| 5822994 | #+ | ChampionX LLC, 2445 Technology Forest Blvd,, Building 4, Suite 1200, The Woodlands, TX 77381-5261 |
| 5822997 | + | Christopher Frantz, 717 Columbia St, Houston, TX 77007-1634 |
| 5822998 | | Cid Nava, 301-A TORRE 3000 Av. Guitarron, Acapulco, Mexico 39867 |
| 5822999 | | Cintas, 6800 Cintas Boulevard, Cincinnati, OH 45262 |
| 5823000 | + | City of Williamsport, 100 West Third St, Williamsport, PA 17701-6418 |
| 5823002 | + | Claverack Rural Electric Cooperative, Inc., 32750 Rt 6, Wysox, PA 18854-8016 |
| 5823003 | + | Cleveland Brothers, 190 Cleveland Brothers Rd, Watsontown, PA 17777-8730 |
| 5823004 | + | Cole-Parmer, 625 East Bunker Court, Vernon Hills, IL 60061-1830 |
| 5823005 | | Colin Johnson, AVENUE BLANC 38, Geneve, Switzerland 1202 |
| 5823007 | + | Composites USA, One Peninsula Drive, North East, MD 21901-2334 |
| 5823008 | + | Compu-Gen Technologies, Inc., 535 East 3rd Street, Williamsport, PA 17701-5303 |
| 5823009 | + | Comtech Industries, LLC, 11 Stanwix Street, Suite 1030, Pittsburgh, PA 15222-1363 |
| 5823011 | + | Contractor Transport, LLC, 1380 Mt. Cobb Road, Jefferson Township, PA 18436-3214 |

| | | |
|---|---|---|
| 5823012 | + | Cooper Electric, 1361 Columbia Blvd, Bloomsburg, PA 17815-3079 |
| 5823013 | + | Cromley Truck and Trailer Repair, 13 S Industrial Park Rd, Milton, PA 17847-9204 |
| 5823025 | + | DXP Enterprises, Inc, 5301 Hollister Street, Houston, TX 77040-6140 |
| 5823014 | + | Dandy Mini Marts, Inc., 6221 Mile Lane Road, Sayre, PA 18840-9454 |
| 5823016 | + | David Abell (LONGRUN LLC), 1727 Sunset Blvd., Houston, TX 77005-1713 |
| 5823017 | + | Deljanovan Trucking, 259 McCracken Rd, Roaring Branch, PA 17765-8946 |
| 5823018 | + | Dempsey Uniform and Linen Supply, 536 E. Drinker Street, Dunmore, PA 18512-2481 |
| 5823019 | + | Dennis Ream, 1251 Belle Meade Drive, Lancaster, PA 17601-5070 |
| 5823020 | + | Dennis Sampson, 26 PINE ARBOR LANE 102, Vero Beach, FL 32962-4630 |
| 5823021 | + | Diamond Disposal LLC, 21 Bales Lane, Bechtelsville, PA 19505-9005 |
| 5823022 | + | Direct Energy Business, 1001 Liberty Avenue, Suite 1200, Pittsburgh, PA 15222-3728 |
| 5823024 | + | Doutys Pest Control, 1715 Hays Ln, Williamsport, PA 17701-9001 |
| 5823027 | + | ECapital Commercial Finance Corp., 360 Interstate North Parkway SE,, Suite 630, Atlanta, GA 30339-2291 |
| 5823026 | + | Eagle Truck Wash LLC, 1465 N Ridge Rd, Milton, PA 17847-7807 |
| 5823028 | + | Eckert Seamans Cherin and Mellot, 600 Grant Street, 44th Floor, Pittsburgh, PA 15219-2713 |
| 5823029 | + | Ecks Garage, Inc., 3074 Lycoming Mall Drive, Muncy, PA 17756-6634 |
| 5823031 | | Eduardo Palazuelos, Paseo de la Reforma 720, Lomas de Cha, Mexico 11000 |
| 5823032 | + | Edward Ashe, 26 PINE ARBOR LANE 102, Vero Beach, FL 32962-4630 |
| 5823033 | + | Elk Transportation, Inc., 1440 Carbon St, Reading, PA 19601-1349 |
| 5823034 | + | Encon Evaporators, 1368 Hooksett Rd, Suite 9, Hooksett, NH 03106-1823 |
| 5823035 | + | Environmental Energy Solutions, LLC, 983 Philadelphia Street, Indiana, PA 15701-3935 |
| 5823036 | + | Environmental Services Laboratories, Inc., 1401 Monroe Ave., Suite 2, Dunmore, PA 18509-2536 |
| 5823037 | + | Equalseal.com, PO Box 13665, Fairlawn, OH 44334-3665 |
| 5823038 | + | Equitrans Midstream, 2200 Energy Drive, Canonsburg, PA 15317-1000 |
| 5823039 | + | Ertel Associates, Inc., 302 Charles St, Williamsport, PA 17702 |
| 5823040 | + | Evercore Group LLC, 55 East 52nd Street, New York, NY 10055-0002 |
| 5823045 | | FIMA Maschinenbau GmbH, Oberfischacher Str. 58, Obersontheim, Germany 74423 |
| 5823042 | | Fatchic Welding Supply, 25 Walters Ln, Towanda, PA 18848 |
| 5823043 | + | Fenton Welding, 425 Biden Street, Suite 200, Scranton, PA 18503-1851 |
| 5823044 | + | Fenton Welding Transport, LLC, 425 Biden Street, Suite 200, Scranton, PA 18503-1851 |
| 5823046 | + | Financial Pacific Leasing, Inc., 3455 S 344TH WAY, SUITE 300, FEDERAL WAY, WA 98001-9546 |
| 5823047 | + | Finks Paint Store, 338 Mifflin Pl, Williamsport, PA 17701-5955 |
| 5823048 | + | Fisher Scientific, 300 Industry Drive, Pittsburgh, PA 15275-1001 |
| 5823049 | + | Fitzgerald Media Group, LLC, 1029 Penn Street, Williamsport, PA 17701-3542 |
| 5823050 | + | Five Star Equipment, Inc., 2585 Lycoming Creek Road, Williamsport, PA 17701-1139 |
| 5823051 | + | Flow Control, Inc., 2 Enterprise Court, Sewell, NJ 08080-4112 |
| 5823052 | + | Forest Spitzfaden, 5787 STATE ROUTE 87, Williamsport, PA 17701-8395 |
| 5823053 | + | Frank Callahan Co, Inc., 60 Silverbrook Road, McAdoo, PA 18237-3108 |
| 5823054 | #+ | Frontier, 1919 McKinney Avenue, Dallas, TX 75201-1753 |
| 5823055 | | Fulmer Recovery and Transport, 990 Golden Mile Rd, Wysox, PA 18854 |
| 5823056 | + | Funke Heat Exchangers USA Inc., 160 Roosevelt Avenue, Suite 102, York, PA 17401-3318 |
| 5823057 | + | Genna Ice, Inc., 400 North Centre Street, Philipsburg, PA 16866-1510 |
| 5823058 | + | Geochemical Testing, 2005 N Center Ave, Somerset, PA 15501-7441 |
| 5823059 | + | George Banashefski, 512 W. Foster Avenue, State College, PA 16801-4039 |
| 5823060 | + | George Peck, 12349 N Durham Wash Drive, Marana, AZ 85658-4680 |
| 5823061 | + | George Peck IRA, 12349 N Durham Wash Drive, Marana, AZ 85658-4680 |
| 5823063 | + | Graymont (PA), Inc., 375 Graymont Road, Bellefonte, PA 16823-6869 |
| 5823064 | + | Ground Shaker Motorsports, LLC, 1 Eye Center Drive, Muncy, PA 17756-9200 |
| 5823070 | + | HEP IV Co-Invest LP, 1800 Bering Drive, Ste 900, Houston, TX 77057-3170 |
| 5823071 | + | HEP IV LP, 1800 Bering Drive, Ste 900, Houston, TX 77057-3170 |
| 5823065 | + | Hach Company, 5600 Lindbergh Drive, Loveland, CO 80538-8842 |
| 5823066 | + | Haddington Ventures, LLC, 1800 Bering Drive, Ste 900, Houston, TX 77057-3170 |
| 5823068 | + | Hatch Associates Consultants, Inc., 750 Town and Country Blvd,, Suite 650, Houston, TX 77024-4090 |
| 5823069 | + | Hawbaker Engineering, 1952 Waddle Road, Suite 201, State College, PA 16803-1649 |
| 5823072 | + | Honey Dippers Portable Toilets, 5198 State Route 654, Williamsport, PA 17702-8877 |
| 5823073 | + | Huds Construction, 2610 Route 409, Wyalusing, PA 18853-8179 |
| 5823075 | + | ID Washington Disposal, 347 Grampian Blvd, Williamsport, PA 17701-1859 |
| 5823077 | + | IMA, Inc., PO Box 733835, Dallas, TX 75373-3835 |
| 5823074 | + | Icon Fire Solutions, 1685 Oak Ridge Pl, Williamsport, PA 17701-1756 |
| 5823078 | + | Inorganic Ventures, 300 Technology Drive, Christiansburg, VA 24073-7375 |
| 5823080 | + | Interstate Truck Center, LLC, 1 Eye Center Drive, Muncy, PA 17756-9200 |
| 5823081 | + | JCL Energy, 54 S Sharpsville Ave, Sharon, PA 16146-1864 |
| 5823083 | + | JKLM Energy, LLC, 2200 Georgetown Drive, Suite 500, Sewickley, PA 15143-8753 |

| | | |
|---|---|---|
| 5823082 | + | Jerel Bogdan, 139 Helen St, Cheektowaga, NY 14206-2618 |
| 5823084 | + | John Hendricks, 1872 S. EAST COLONY WAY, Jupiter, FL 33478-8313 |
| 5823085 | + | John Staton, 26 Highland Court, Wilmington, OH 45177-7546 |
| 5823086 | | Johnson Quarries, Inc., PO Box 13665, Le Raysville, PA 18829 |
| 5823088 | + | Kevin Thimmesch, 2621 OXEN ROAD, Wavery, KS 66871-9339 |
| 5823089 | + | Kimball Midwest, 4800 Roberts Road, Columbus, OH 43228-9791 |
| 5823090 | + | King and Spalding, LLP, 1180 Peachtree Street NE,, Suite 1600, Atlanta, GA 30309-7525 |
| 5823091 | | Kroff Well Services, Inc., 12 Federal Street,, One North Shore Suite 450, Pittsburgh, PA 15212 |
| 5823092 | + | L&L Boiler Maintenance, Inc., 116 S Washington St, Montoursville, PA 17754-2220 |
| 5823093 | + | Lexon Insurance Company, 12890 Lebanon Road, Mt Juliet, TN 37122-2870 |
| 5823094 | + | Linde Gas and Equipment, Inc., 10 Riverview Drive, Danbury, CT 06810-6268 |
| 5823096 | + | Lundy Construction Co., Inc., 200 Arch St, Williamsport, PA 17701-7897 |
| 5823097 | + | Lycoming County Tax Claim Bureau, 48 West Third Street, Williamsport, PA 17701-6519 |
| 5823098 | + | M.R. Dirt Inc, 21186 Route 187, Towanda, PA 18848, Marco, 2305 Kelbe Drive Little Chute, WI 54140-1201 |
| 5823099 | + | Marquette Commercial Finance,, A division of Marquette, Transportation Finance, LLC, 1600 West 82nd Street, Suite 250, Bloomington, MN 55431-1407 |
| 5823100 | + | Martz Technologies, 216 Martzville Rd, Berwick, PA 18603-1333 |
| 5823101 | + | McCain Industrial Services, 222 Fleming St, Williamsport, PA 17702-7451 |
| 5823102 | + | McCarthy Tire, 340 Kidder Street, Wilkes-Barre, PA 18702-5688 |
| 5823103 | + | McCarty Equipment Co, LTD, 2030 Strouse Road, Williamsport, PA 17701-1058 |
| 5823104 | + | McNees Wallace and Nurick LLC, 100 Pine Street, Harrisburg, PA 17101-1288 |
| 5823105 | + | McNerney, Page, Vanderlin and Hall, 433 Market Street, Williamsport, PA 17701-6358 |
| 5823106 | + | Mette, Evans and Woodside, 3401 North Front Street, Harrisburg, PA 17110-1462 |
| 5823107 | + | Midland Equipment Finance, 1801 Park 270 Dr, Suite 200, Saint Louis, MO 63146-4022 |
| 5823109 | + | Motion Industries, 1605 Alton Road, Birmingham, AL 35210-3770 |
| 5823110 | + | Motoman Robotics Division, 100 Automation Way, Miamisburg, OH 45342-4962 |
| 5823111 | + | Nittany Energy, 1540 Martin Street, State College, PA 16803-3058 |
| 5823112 | + | Nittany MinitMart Fleet Fuel, 1540 Martin Street, State College, PA 16803-3058 |
| 5823113 | + | North Central Services, 829 US Highway 15, Williamsport, PA 17702-8550 |
| 5823114 | | Northern Safety Co., Inc., P.O. Box 844381, Dallas, TX 75284-4381 |
| 5823116 | + | OWS Acquisition Co., 1037 Lawnridge St NE, Bolivar, OH 44612-8873 |
| 5823115 | + | Occupational Safety and Health Commission, 1120 20th Street, NW 9th Floor, Washington, DC 20036-3411 |
| 5823117 | + | PA Board of Finance and Revenue, 1101 South Front Street, Suite 400, Harrisburg, PA 17104-2539 |
| 5823118 | + | PAC Development LLC, 1037 Lawnridge St NE, Bolivar, OH 44612-8873 |
| 5823120 | + | Penelec, aka ENGIE North America, 1360 Post Oak Blvd, No. 400, Houston, TX 77056-3030 |
| 5823121 | + | Penn Power Group, 285 John Brady Drive, Muncy, PA 17756-8423 |
| 5823122 | + | Pennsylvania Department of, Environmental Protection,, Northcentral Regional Office, 208 West Third St, Suite 101, Williamsport, PA 17701-6441 |
| 5823123 | + | Pennsylvania Department of Revenue,, Bureau of Individual Taxes /, Bureau of Business Trust Fund Taxes, PO Box 280510, Harrisburg, PA 17128-0510 |
| 5823124 | + | Pennwisp, LLC, 2531 Route 660, Mansfield, PA 16933-8725 |
| 5823126 | + | Phoenix Resources, Inc., d/b/a Waste Management, 150 E. Swedesford Rd., Suite 102, Wayne, PA 19087-1458 |
| 5823127 | + | Pik Rite, Inc., 60 Pik Rite Lane, Lewisburg, PA 17837-6840 |
| 5823128 | + | Pitney Bowes Global Financial Services, 1 Elmcroft Road, Stamford, CT 06902-6907 |
| 5823130 | + | Precision Welding, PO Box 2192, Williamsport, PA 17703-2192 |
| 5823132 | + | Proconex, 103 Enterprise Drive, Royersford, PA 19468-1281 |
| 5823133 | + | Professional Driver Academy, 2300 Housels Run Rd, Milton, PA 17847-9051 |
| 5823134 | + | Provenance Consulting, 301 W 6th St, Suite 200, Borger, TX 79007-4163 |
| 5823135 | + | Purchase Power, P.O. Box 371874, Pittsburgh, PA 15250-7874 |
| 5823137 | + | QuiTech, 211 South Gulph Road, Suite 500, King of Prussia, PA 19406-3101 |
| 5823136 | + | Quintana Infrastructure and Development LLC, 1415 LOUISIANA STREET, 24th FL, Houston, TX 77002-7344 |
| 5823138 | + | R&J Ertel, Inc., 1645 Oak Ridge Place, Williamsport, PA 17701-1756 |
| 5823139 | + | R.J. Corman Railroad Company,, Lehigh Line, 650 Corman Way, Clearfield, PA 16830-2568 |
| 5823140 | + | R3 Continuum, LLC, 3600 American Blvd W, Suite 450, Bloomington, MN 55431-4519 |
| 5823141 | + | RAM Industrial Services, Inc., 840 Gessner Road, suite 950, Houston, TX 77024-4593 |
| 5823146 | + | RJ Woolslayer, Inc., PO Box 70, Furlong, PA 18925-0070 |
| 5823148 | + | ROTEX Global, LLC, 1230 Knowlton St, Cincinnati, OH 45223-1800 |
| 5823142 | + | RedOx Systems, LLC, 4 Hillman Dr, Chadds Ford, PA 19317-9780 |
| 5823143 | + | Revolution, 32750 Rt 6, Wysox, PA 18854-8016 |
| 5823144 | + | Rick Hoover, 1085 CRABAPPLE LANE, St. Charles, IL 60174-1317 |
| 5823145 | + | Rick Hoover IRA, 1085 CRABAPPLE LANE, St. Charles, IL 60174-1317 |
| 5823147 | + | Robert J Fitzmyer Co,. Inc, 315 E. 7th Avenue, Conshohocken, PA 19428-1726 |
| 5823149 | + | Rovendale Ag and Barn Supply, 1300 Susquehanna Trail, Watsontown, PA 17777-8106 |

| | | |
|---|---|---|
| 5823150 | + | S2W Contracting, LLC, 295 SR 1002, Tunkhannock, PA 18657-5654 |
| 5823168 | | SUEZ WTS Solutions USA, Inc., 3239 Dundas Street West, Oakville, Ontario L6M 4B2 |
| 5823169 | + | SUEZ WTS USA, Inc., 3600 Horizon Blvd, Trevose, PA 19053-4945 |
| 5823171 | + | SULZER CHEMTECH USA, INC, 900 Threadneedle St, Suite 800, Houston, TX 77079-2986 |
| 5823151 | + | Saf-Gard Safety Shoe Company, 2701 Patterson St, Greensboro, NC 27407-2316 |
| 5823152 | | Salt and Evaporation Plants LTD, Neuwiesenstrasse 69, Winterthur, Switzerland 8400 |
| 5823153 | + | Sanjay Pal, 5650 Ward Ave NE, Bainbridge Island, WA 98110-2118 |
| 5823154 | + | Scan Global Logistics, 18850 8th Ave S, Suite 100, Seattle, WA 98148-1959 |
| 5823155 | + | Schaedler Yesco, 3982 Paxton Street, Harrisburg, PA 17111-1423 |
| 5823156 | + | Schnupps Grain Roasting, LLC, 416 Union Rd, Lebanon, PA 17046-7826 |
| 5823157 | + | Select Water Solutions, LLC, 1233 W Loop S, Suite 1400, Houston, TX 77027-9122 |
| 5823158 | | Serafima GmbH and Co. KG, Karl-Kurz-Stra e 2, Rosengarten-Uttenhofen, Germany 74538 |
| 5823159 | + | Silent Majority Strategies, LLC, 844 Harriton Rd., Bryn Mawr, PA 19010-1813 |
| 5823160 | + | Snyder Brothers, Inc., 90 Glade Dr, Kittanning, PA 16201-7116 |
| 5823161 | + | Sompo / Lexon Insurance, 12890 Lebanon Road, Mt Juliet, TN 37122-2870 |
| 5823162 | + | Sompo International, by Endurance Assurance Corp.,, Endurance America Ins. Co., Lexon Ins. C, Bond Safeguard Ins. Co., 12890 Lebanon Road Mt Juliet, TN 37122-2870 |
| 5823163 | + | Stallion Infrastructure Services, Ltd., 3631 N. Front Street, Harrisburg, PA 17110-1533 |
| 5823164 | + | Stauffer Glove and Safety, 361 E 6th St, Red Hill, PA 18076-1118 |
| 5823165 | | Stephen Butters, AVENU DES COMMUNES - REUNIES 8, GRAND-LANCY, Switzerland 1212 |
| 5823166 | + | Steve Shannon Tire Co., 1149 Millville Rd, Bloomsburg, PA 17815-7100 |
| 5823170 | + | Sugar Hollow Water Services, 21 Sugar Hollow Road, Tunkhannock, PA 18657-1778 |
| 5823173 | + | Summit Environmental Tech, Inc, 3310 Win Street, Cuyahoga Falls, OH 44223-3790 |
| 5823175 | + | Super Shoes Stores / Macro Retailing LLC, 2750 Columbia Ave, Lancaster, PA 17603-4116 |
| 5823176 | + | Superior Plus Propane, 112 Broad St, Montoursville, PA 17754-2241 |
| 5823177 | + | Susquehanna Fire Equipment Co., 1915 Pittston Ave, Scranton, PA 18505-3231 |
| 5823178 | | Susquehanna Motor Company, 370 Old Rt. 51, West Milton, PA 17886 |
| 5823179 | + | The Daily Review, 116 Main Street, Towanda, PA 18848-1843 |
| 5823180 | + | The Merrick Group, Inc., 100 Unico Dr, West Hazleton, PA 18202-1170 |
| 5823181 | + | Thermo Electron North America, 168 Third Avenue, Waltham, MA 02451-7551 |
| 5823182 | + | Timothy Butters, 508 Cabbage Hollow Road, Williamsport, PA 17701-9513 |
| 5823183 | + | Tulpehocken Mt. Spring Water, 750 Point Township Drive, Northumberland, PA 17857-8885 |
| 5823184 | + | U.S. Department of Labor OSHA, Office of the Solicitor,, 1835 Market St., Mailstop SOL/22, Philadelphia, PA 19103-2968 |
| 5823185 | ++ | UGI UTILITIES INC, ATTN CREDIT & COLLECTIONS, P O BOX 13009, READING PA 19612-3009 address filed with court:, UGI - Penn Natural Gas, Inc., One UGI Center, Wilkes-Barre, PA 18711 |
| 5823186 | + | UMB Bank N.A., 1600 W 82nd St, Suite 250, Bloomington, MN 55431-1407 |
| 5823192 | + | USA Bluebook, 3781 Bur Wood Drive, Waukegan, IL 60085-9101 |
| 5823187 | + | Under Pressure Connections LLC, 825 Rt. 15 Highway, South Williamsport, PA 17702-8550 |
| 5823188 | + | United States Trustee, Region 3, Middle District of Pennsylvania, Sylvia H. Rambo United States Courthouse, 1501 N. 6th St., Box 302, Harrisburg, PA 17102-1104 |
| 5823189 | + | Univar, 3250 Lacey Rd, Suite 600, Downers Grove, IL 60515-7918 |
| 5823191 | + | Urish Popeck and Co., LLC, 2160 Sandy Drive, Suite C, State College, PA 16803-2205 |
| 5823193 | ++ | V SYSTEMS INC, 101 FAIRVIEW AVE, PITTSBURGH PA 15238-1943 address filed with court:, V Systems, 101 Fairview Ave., Pittsburgh, PA 15238 |
| 5823197 | + | VZRscada, Inc., 134 W. Front St., Berwick, PA 18603-3331 |
| 5823196 | | Village Sweet Shop, Route 6, Meshoppen, PA 18630 |
| 5823199 | + | WCR Inc., 4080 Blanche Rd, Bensalem, PA 19020-4430 |
| 5823206 | + | WOC Energy, 44 Reuter Blvd., Towanda, PA 18848-2153 |
| 5823200 | + | William Ertel, 1645 Oak Ridge Place, Williamsport, PA 17701-1756 |
| 5823201 | + | Williams, 310 SR 29 North, Tunkhannock, PA 18657, Williamsport Municipal Water Authority, 253 W Fourth St Williamsport, PA 17701-6194 |
| 5823202 | + | Williamsport Sanitary Authority, 253 West Fourth Street, Williamsport, PA 17701-6113 |
| 5823204 | + | Winn-Marion Barber LLC, 107 N. Commerce Way, Bethlehem, PA 18017-8913 |
| 5823205 | + | Winn-Marion Companies, 107 N. Commerce Way, Bethlehem, PA 18017-8913 |
| 5823207 | + | Wysox Sand and Gravel, 1376 Leisure Drive, Towanda, PA 18848-9271 |
| 5823208 | + | XRI Holdings, LLC, 501 Grant Street, No. 800, Pittsburgh, PA 15219-4438 |
| 5823209 | + | Yaskawa America, Inc., 107 N. Commerce Way, Bethlehem, PA 18017-8913 |
| 5823211 | + | ZENON Environmental Corporation, 3600 Horizon Blvd, Trevose, PA 19053-4945 |
| 5823210 | + | Zeller IP Group, PLLC, 247 W 87th St., 10K, New York, NY 10024-2849 |
| 5823076 | + | iHeartMedia, 20880 Stone Oak Parkway, San Antonio, TX 78258-7460 |

TOTAL: 217

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jeffrey.carbino@pierferd.com | Aug 05 2026 18:46:00 | Jeffrey Morgan Carbino, Pierson Ferdinand LLP, 112 Front Street, Wilmington, DE 19801 |
| tr | + | EDI: BKKGENDRON | Aug 05 2026 22:45:00 | Kara Katherine Gendron, Mott & Gendron Law, (Trustee), 125 State St, Harrisburg, PA 17101-1025 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Aug 05 2026 18:46:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| 5822970 | | Email/Text: kristi.caldwell@airgas.com | Aug 05 2026 18:46:00 | Airgas USA, LLC, 259 N. Radnor-Chester Road,, Suite 100, Radnor, PA 19087 |
| 5822967 | + | Email/Text: odel_frett@agilent.com | Aug 05 2026 18:46:00 | Agilent Technologies, 2850 CENTERVILLE RD, Wilmington, DE 19808-1610 |
| 5822990 | | Email/Text: bnear@brenntag.com | Aug 05 2026 18:46:00 | Brenntag Northeast, LLC, 81 W Huller Lane, Reading, PA 19605 |
| 5822995 | + | Email/Text: bankruptcy.mailbox@chk.com | Aug 05 2026 18:46:00 | Chesapeake Operating LLC, 6100 N. Western Ave., Oklahoma City, OK 73118-1044 |
| 5822996 | + | Email/Text: bankruptcy.mailbox@chk.com | Aug 05 2026 18:46:00 | Chief Oil and Gas LLC, 6100 N. Western Ave., Oklahoma City, OK 73118-1044 |
| 5823006 | + | EDI: COMCASTCBLCENT | Aug 05 2026 22:45:00 | Comcast, 1701 JFK Blvd., Philadelphia, PA 19103-2899 |
| 5823010 | + | Email/Text: tyler.craig@conpak.net | Aug 05 2026 18:46:00 | Container and Packaging Supply,, 1345 East State Street, Eagle, ID 83616-6013 |
| 5823023 | + | Email/Text: billing@disa.com | Aug 05 2026 18:46:00 | DISA Global Solutions, Inc., 10900 Corporate Centre Drive,, Suite 250, Houston, TX 77041-5248 |
| 5823030 | + | Email/Text: bankruptcynotices@ecolab.com | Aug 05 2026 18:46:00 | Ecolab Pest Elimination Div., 1 Ecolab Place, St. Paul, MN 55102-2739 |
| 5823041 | + | Email/Text: legal@fastenal.com | Aug 05 2026 18:46:00 | Fastenal Company, 2001 Theurer Blvd, Winona, MN 55987-9902 |
| 5823062 | ^ | MEBN | Aug 05 2026 18:45:56 | Grainger, 100 Grainger Parkway, Lake Forest, IL 60045-5202 |
| 5823067 | | Email/Text: rhammond@hipco.com | Aug 05 2026 18:46:00 | Harrington Industrial Plastics LLC, 14480 Yorba Ave, Chino, CA 91710 |
| 5823079 | | EDI: IRS.COM | Aug 05 2026 22:45:00 | Internal Revenue Service,, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5823095 | + | Email/Text: accounting@loebequipment.com | Aug 05 2026 18:46:00 | Loeb Term Solutions LLC, 8609 W. Bryn Mawr, Suite 208, Chicago, IL 60631-3524 |
| 5823108 | ^ | MEBN | Aug 05 2026 18:45:53 | Mitsubishi HC Capital America, Inc., 800 Connecticut Avenue, Norwalk, CT 06854-1694 |
| 5823125 | | Email/Text: diane.hetrick@penske.com | Aug 05 2026 18:46:00 | Penske Truck Leasing Co., L.P., 2675 Morgantown Road, Reading, PA 19607 |
| 5823129 | ^ | MEBN | Aug 05 2026 18:45:48 | PPL Electric Utilities, Two North Ninth Street, Allentown, PA 18101-1139 |
| 5823119 | + | Email/Text: credit@pacelabs.com | Aug 05 2026 18:46:00 | Pace Analytical Services, LLC, 2665 Long Lake Road, Suite 300, Roseville, MN 55113-1154 |
| 5823167 | | Email/Text: _Credit&Collections@suburbanpropane.com | Aug 05 2026 18:46:00 | Suburban Propane, 240 Route 10 West, Whippany, NJ 07981 |
| 5823174 | | Email/Text: elizabeth.montgomery@sunbeltrentals.com | Aug 05 2026 18:46:40 | Sunbelt Rentals, Inc., 2341 Deerfield Drive, Fort Mill, SC 29715 |
| 5823172 | ^ | MEBN | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 05 2026 18:45:56 | Sumitomo Mitsui Finance and Leasing Co, 666 Third Avenue, New York, NY 10017-4011 |
| 5823190 | + | Email/Text: bankruptcy@ups.com | Aug 05 2026 18:46:00 | UPS, 55 Glenlake Parkway NE, Atlanta, GA 30328-3474 |
| 5822991 | | EDI: USBANKARS.COM | Aug 05 2026 22:45:00 | Cardmember Services, aka Elan Financial Services, PO Box 6354 - Fargo, ND 58125 |
| 5823195 | + | EDI: VERIZONCOMB.COM | Aug 05 2026 22:45:00 | Verizon Connect Fleet USA LLC, 5055 North Point Pkwy., Alpharetta, GA 30022-3074 |
| 5823198 | + | Email/Text: jmills@wm.com | Aug 05 2026 18:46:00 | Waste Management Corporate Services, Inc., 800 Capitol Street, Suite 3000, Houston, TX 77002-2945 |
| 5823203 | + | Email/Text: lguido@willkie.com | Aug 05 2026 18:46:00 | Willkie Farr and Gallagher LLP, 787 Seventh Avenue, New York, NY 10019-6099 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5823001 | ##+ | Clarkson Chemical Company, Inc, 213 Main St, South Williamsport, PA 17702-7312 |
| 5823015 | ##+ | Daniel Ertel, 4328 Hunters Wood Drive, Murrells Inlet, SC 29576-6800 |
| 5823087 | ##+ | Kent McManus, 7 Concerto Ct., Orchard Park, NY 14127-6015 |
| 5823131 | ##+ | Premier Safety, 2 Industrial Park Dr, Oakdale, PA 15071-1287 |
| 5823194 | ##+ | Veriforce, 1575 Sawdust Road, Suite 600, The Woodlands, TX 77380-3859 |

TOTAL: 0 Undeliverable, 0 Duplicate, 5 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey Morgan Carbino | on behalf of Debtor 1 Eureka Resources LLC jeffrey.carbino@pierferd.com, jeffreycarbino@gmail.com;jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com |
| Kara Katherine Gendron | karagendrontrustee@gmail.com PA89@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Eureka Resources, LLC<br>Name | EIN: | 32−0367441 |
| United States Bankruptcy Court | Middle District of Pennsylvania | Date case filed for chapter: | 7 7/30/26 |
| Case number: | 1:26−bk−02148−MJC | | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline

10/01/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Eureka Resources, LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 1800 Bering Drive<br>Suite 900<br>Houston, TX 77057 | |
| **4. Debtor's attorney**<br>Name and address | Jeffrey Morgan Carbino<br>Pierson Ferdinand LLP<br>112 Front Street<br>Wilmington, DE 19801 | Contact phone 302−485−0604<br><br>Email:<br>jeffrey.carbino@pierferd.com |
| **5. Bankruptcy trustee**<br>Name and address | Kara Katherine Gendron<br>Mott & Gendron Law<br>(Trustee)<br>125 State St<br>Harrisburg, PA 17101 | Contact phone 717−232−6650<br><br>Email:<br>karagendrontrustee@gmail.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102 | Hours open:<br>Monday − Friday 9:00 AM to 4:00 PM<br><br>Contact phone (717) 901−2800<br><br>Date: 8/5/26 |

**For more information, see page 2 >**



**Receiving Court Issued Orders and Notices by E−Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (https://www.pamb.uscourts.gov/receive−court−notices−and−orders−email−debn ), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E−Mail.

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so.<br><br>***Valid photo ID and proof of Social Security number are required*** | **September 8, 2026 at 12:15 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>For additional information use the QR code or visit: https://www.justice.gov/ust/ust–regions–r03/region–3–section–341–meetings–0#TrusteeZoom<br><br>The Court does not endorse or exercise any responsibility of the content at this link. | **Location:**<br><br>**Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 622 826 9820, Click on Join using passcode 2750956376, or call 1–267–552–4616** |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |