[illegible]
BAE Systems
Bankruptcy Noticing Center
15479 Holiday Drive
Sterling, VA 20166-9411

FILED '26 AUG 17 PM2:37
CLERK, US COURT, PAMB

[illegible]
Village Sweet Shop
Route 6
Meshoppen, PA 18630

Correct address: Village Sweet Shop
7992 SR6
Meshoppen, PA 18630

Case # 1:26-bK-02148-MJC

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the street address that the debtor provided contains an error. To ensure correct delivery of this and future notices:

| IF YOU ARE THE INTENDED NOTICE RECIPIENT | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL |
|---|---|
| 1. Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures.<br>2. You may sign up for electronic noticing at https://bankruptcynotices.uscourts.gov or<br>3. You may register a preferred physical address at https://bankruptcynotices.uscourts.gov<br>Enter all variations of your name and address(es) that you want redirected to your electronic or preferred physical address. Make sure that you enter the name and address that were on <u>this</u> notice to ensure that future notices to this incorrect address will be re-directed. | 1. Find an updated address and send the attached document to that address.<br>2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |